

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00058-CV

**IN THE MATTER OF THE ESTATE OF KENNETH CURTIS ANDREWS, DECEASED**,
Appellant

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 18-04-0239-CVW
Honorable Sid L. Harle, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of appeal are assessed against Vincent Doebbler. *See* TEX. R. APP. P. 43.4.

SIGNED June 9, 2021.

_____
Lori I. Valenzuela, Justice